**Sherille HARRIS, Appellant,**

v.

**UNITED STATES POSTAL SERVICE;
John E. Potter, Appellees.**

No. 04–3678.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 7, 2006.

Decided: Feb. 13, 2006.

Sherille Harris, St. Louis, MO, pro se.

James Garvin Martin, U.S. Attorney, Maria C. Sanchez, Deborah L. Golemon, U.S. Attorney's Office, Kimberly Cates Wiseman, U.S. Postal Service Law Department, St. Louis, MO, for Appellees.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Sherille Harris, an African–American female, appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action against the United States Postal Service brought under Title VII. Having carefully reviewed the record, *see Kincaid v. City of Omaha*, 378 F.3d 799, 803–04 (8th Cir.2004) (de novo standard of review), we agree with the district court that Harris's allegations were either time-barred or meritless, for the reasons explained in the district court's opinion. We also decline to consider Harris's newly raised allegations on appeal. *See Stone v. Harry*, 364 F.3d 912, 914 (8th

Cir.2004). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.